Case 1:19-cv-03899-PKC   Document 30   Filed 08/10/20   Page 1 of 1

**ZG ZwillGen** PLLC  1900 M Street, NW Suite 250 • Washington, D.C. 20036

Jeffrey Landis
(202) 706-5203
Jeff@zwillgen.com

August 10, 2020

By ECF

The Honorable P. Kevin Castel
U.S. District Court for the Southern District of New York
Courtroom 11D
500 Pearl Street
New York, NY 100007

Re:   *Feld v. Postmates, Inc.*, No. 1:19-cv-03899 (PKC)

Dear Judge Castel:

I write regarding the Court's March 4, 2020 Opinion and Order (the "Order") granting Postmates' Motion to Compel Arbitration. The Order stayed these proceedings pending arbitration and directed the parties to update the Court on the status of such arbitration by June 30, 2020. On June 30, 2020, Postmates provided such an update via letter, notifying the Court that Plaintiff Feld had not initiated arbitration against Postmates. That same day, the Court issued a Memo Endorsement to Postmates' letter, stating that Plaintiff Feld had until August 7, 2020 to commence arbitration against Postmates or the Court would dismiss this action with prejudice. To Postmates' knowledge, Plaintiff Feld has not commenced arbitration against Postmates. Accordingly, Postmates asks that the Court dismiss this action with prejudice.

Respectfully submitted,

*/s/ Jeffrey Landis*
Jeffrey Landis

cc: Matthew Bobrow

*Pursuant to This Court's Order of June 30, 2020 ad . the failure to commence an arbitration by August 7, 2020, the action is dismissed with prejudice.*

*SO ORDERED*
*Castel*
*USDJ*
*8-11-20*